[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF
APPEALS
ELEVENTH CIRCUIT
MARCH 8, 2012
JOHN LEY

_____

No. 07-15187

_____

D. C. Docket No. 03-02399-CV-SLB-PWG

CORY R. MAPLES,

Petitioner-Appellant,

versus

COMMISSIONER OF THE ALABAMA
DEPARTMENT OF CORRECTIONS,

Respondent-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(March 8, 2012)

**ON REMAND FROM THE
SUPREME COURT OF THE UNITED STATES**

Before EDMONDSON, BARKETT and HULL, Circuit Judges.

PER CURIAM:

On February 21, 2012, the United States Supreme Court reversed this Court's decision in <u>Maples v. Allen</u>, 586 F.3d 879 (2009), and remanded this case to this Court for further proceedings. In turn, this Court now remands this case to the United States District Court for the Northern District of Alabama for further proceedings consistent with the opinion of the United States Supreme Court in <u>Maples v. Thomas</u>, 565 U.S. __, 132 S. Ct. 912 (2012).